

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00075-CV

UPSHUR COUNTY APPRAISAL DISTRICT, Appellant

V.

MUSTANG GAS COMPRESSION, LLC, Appellee

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 475-17

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

On February 8, 2021, the parties filed a motion to abate this appeal pursuant to Rule 42.1(a)(2)(C) of the Texas Rules of Appellate Procedure for purposes of effectuating their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). By order dated February 22, 2021, we granted that motion and abated the matter with instructions to the parties that, if and when they effectuated their settlement agreement, they were to file a motion to reinstate and dismiss this appeal. The parties have filed a motion to reinstate and dismiss the appeal, informing this Court that their settlement has been effectuated. We grant the parties' motion, reinstate the appeal, and dismiss it.

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     April 6, 2021
Date Decided:       April 7, 2021